UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24075-KMW

CARLOS BRITO,

    Plaintiff,

v.

FLAMINGO EAST LTD. D/B/A FLAMINGO PLAZA, WINN-DIXIE STORES, INC D/B/A FRESCO Y MAS #0242 and ISABEL RESTAURANT INC D/B/A FLAMINGO RESTAURANT,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby dismiss Defendant, ISABEL RESTAURANT INC D/B/A FLAMINGO RESTAURANT, with Prejudice.

Dated this March 3, 2023.

        Respectfully Submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com;
        dramos@lawgmp.com

        By*: /s/ Anthony J. Perez*
           ANTHONY J. PEREZ
           Florida Bar No.: 535451

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 3, 2023.

        Respectfully Submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com;
        dramos@lawgmp.com

        By: */s/ Anthony J. Perez*_____
                ANTHONY J. PEREZ