**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-24075-KMW

CARLOS BRITO,

      Plaintiff,

v.

FLAMINGO EAST LTD. D/B/A FLAMINGO
PLAZA, WINN-DIXIE STORES, INC D/B/A
FRESCO Y MAS #0242 and ISABEL
RESTAURANT INC D/B/A FLAMINGO
RESTAURANT,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, WINN-DIXIE STORES, INC D/B/A

FRESCO Y MAS #0242, hereby advise the Court that the parties have reached an agreement in

principle to settle the instant case pending execution of a Settlement Agreement. The Parties will

file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed,

which they reasonably expect to do no later than twenty (20) days from the date of this Notice.

Accordingly, the Parties respectfully request that the Court vacate all currently set dates and

deadlines in this case as to this Defendant only.

Respectfully submitted this March 30, 2023.

1

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

*/s/ Susan V. Warner*
SUSAN V. WARNER
Florida Bar No. 38205
FISHERBROYLES LLP
1221 Brickell Avenue, Suite 900
Miami, Florida 33131
Phone: (786) 310-0637
Email: susan.warner@fisherbroyles.com
*Attorneys   for   Defendant   WINN-DIXIE STORES, INC D/B/A FRESCO Y MAS #0242*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 30, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*____
        ANTHONY J. PEREZ