IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-24075-KMW

CARLOS BRITO,

      Plaintiff,

vs.

FLAMINGO EAST LTD, D/B/A FLAMINGO
PLAZA, WINN-DIXIE STORES, INC D/B/A
FRESCO Y MAS #0242 and ISABEL
RESTAURANT INC D/B/A FLAMINGO,

      Defendant.

_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

      Plaintiff, Carlos Brito ("Brito"), and Defendant, Flamingo East Ltd. d/b/a Flamingo Plaza ("Flamingo") (Brito and Flamingo are hereinafter collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval of the attached Settlement Agreement.

      1.      Brito filed this action (hereinafter, the "Action"), alleging, inter alia, that there are architectural barriers existing within the shopping center which is known as "Flamingo Plaza" the street addresses for which are 901 E 10th Ave, Hialeah, Florida 33010, 1201 East 10th Ave., Hialeah, Florida 33010, 1100 -1110 East 13th Street, Hialeah, Florida 33010 and 1253 E 10th Ave, Hialeah, Florida 33010 (hereinafter, the "Plaza") and certain the tenant spaces that constitute violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §12181 et seq. (hereinafter, the "ADA").

      2.      Flamingo denies these allegations.

      3.      Notwithstanding, the matters raised by Brito's Complaint related to the subject Plaza and those certain tenant spaces have been resolved in accordance with the Settlement Agreement attached hereto as **Exhibit "1."**

4.      The Parties submit that the attached Settlement Agreement is fundamentally fair, adequate and reasonable to improve and complete access for persons with disabilities at the property at issue, and otherwise meets the purposes of the ADA with respect to the Plaza.

5.      Moreover, the modifications required in the Settlement Agreement are the only readily achievable modifications to the Plaza required under the ADA, and that the Plaza will be ADA compliant under completion of the modifications required in the Settlement Agreement.

6.      In accordance therewith, the Parties respectfully request that the Court review, approve and ratify the Settlement Agreement.  Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement Agreement.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

5.      As part of the Settlement Agreement, Brito has agreed to dismiss this Action as against Flamingo, with prejudice.  Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement Agreement, and that the Action as against Flamingo be dismissed, with prejudice.

6.      Accept as otherwise stated in the Settlement Agreement, Brito and Flamingo are to bear their own fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving the attached Settlement Agreement, (b) dismissing the instant action as against Flamingo, with prejudice, and (c) retaining jurisdiction for a period of twenty-four (24) months to enforce the Settlement Agreement; and grant such additional relief as the Court deems just and proper.

Dated:   May 8, 2023.

Respectfully submitted,

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Primary Email: ajperez@lawgmp.com
Secondary Email: bvirues@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

s/ *Ricardo A. Reyes*
Ricardo A. Reyes, FBN 864056
Carrie Stolzer Robinson, FBN 0354030
TOBIN, REYES, ALVAREZ & DEBIASE,
PLLC
*Attorneys for Defendant Flamingo East Ltd.*
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
csrobinson@tobinreyes.com

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 8, 2023, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

s/ *Ricardo A. Reyes*
Ricardo A. Reyes, FBN 864056
TOBIN, REYES, ALVAREZ &
DEBIASE, PLLC